

**VIA ECF**

July 31, 2020

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Blue Stone Entertainment LLC v. AGS CJ Corp.*, No. 20-cv-04727 (RA)

Dear Judge Abrams:

    The parties write jointly in the above-refenced action, which is related to *Johnson, et al. v. AGS CJ Corp.*, No. 1:17-cv-7438 (RA), a case previously before this Court..

    On July 30, 2020, defendant AGS CJ Corporation, formerly known as Amaya Americas Corporation, filed a Motion to Dismiss the Complaint in the above-referenced action. Accordingly, the parties write jointly to request that the Court adjourn the Initial Conference previously scheduled for August 7, 2020, and the requirement for submission of a joint letter and proposed case management plan and scheduling order by July 31, 2020, until after the Court's ruling on the Motion to Dismiss. The parties believe that this will be the most efficient way to proceed for the parties and the Court. There has been no prior request for extension of these initial deadlines.

Respectfully Submitted,

| /s/ Jeff L. Todd | /s/ Stephen L. Saxl |
|---|---|
| Jeff L. Todd | Stephen L. Saxl |
| McAfee & Taft A Professional Corporation | Greenberg Traurig, LLP |
| Tenth Floor, Two Leadership Sq. | MetLife Building |
| 211 N. Robinson | 200 Park Avenue |
| Oklahoma City, OK  73102 | New York, NY  10166 |
| (405) 552-2269 | (212) 801-9200 |
| jeff.todd@mcafeetaft.com | saxls@gtlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

    Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
8/3/2020