**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
BLUE STONE ENTERTAINMENT LLC,

                Plaintiff,

-against-                                   20 **CIVIL** 4727 (RA)

**JUDGMENT**

AGS CJ CORPORATION, *formerly known as*
AMAYA AMERICAS CORPORATION,

                Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 10, 2021, Defendant's motion to dismiss is granted; accordingly, this case is closed.

**Dated:** New York, New York
        March 10, 2021

                                                    **RUBY J. KRAJICK**

                                                       **Clerk of Court**
                                **BY:**
                                                        **Deputy Clerk**